```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

RICHARD FEINER AND CO. INC.,           Local Rule 7.1 Statement

               Plaintiff,

     -against-                         Docket No. 07 CIV 11218


THE NEW YORK TIMES COMPANY
PHOTOFEST, INC. and
HOWARD MANDELBAUM,
               Defendants.
-------------------------------x
```

Plaintiff Richard Feiner and Co., Inc. is a closely held New York corporation which has no corporate subsidiaries and/or affiliates either privately held or publicly traded.

```
Dated: New York, NY            s/Gregory A. Sioris (GS 1342)
       December 19, 2007       Attorney for Plaintiff
                               350 Fifth Avenue, Suite 7606
                               New York, NY 10118-7606
                               (212)840-2644
```