**Judge    Berman**

Case 1:07-cv-11218-RMB-RLE    Document 3    Filed 01/11/2008    Page 1 of 1