AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

RICHARD FEINER AND CO., INC.,

        Plaintiff,

V.

THE NEW YORK TIMES COMPANY,
PHOTOFEST, INC. and
HOWARD MANDELBAUM,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11218**

TO: (Name and address of Defendant)

The New York Times Company  
620 Eighth Avenue  
New York, NY 10018

Photofest, Inc. and  
Howard Mandelbaum  
32 East 31st Street, 5th Floor  
New York, NY 10016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Sioris  
350 Fifth Avenue, Suite 7606  
New York, NY 10118-7606  
(212) 840-2644

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          DEC 1 3 2007

CLERK                                                DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: GREGORY A SIORIS - 1295

RICHARD FEINER AND CO. INC.

Plaintiff(s)

- against -

THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM

Defendant(s)

Index #: 07 CV 11218

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 28, 2008 at 03:00 PM at:

620 EIGHTH AVENUE
NEW YORK, NY10018

deponent served the within true copy of the SUMMONS & COMPLAINT & JUDGE'S RULES on THE NEW YORK TIMES COMPANY, the defendant/respondent therein named.

**CORPORATION** by delivering thereat a true copy of each to MS. ELLEN HERTZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & JUDGE'S RULES as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 48 | 5'4 | 145 |

Sworn to me on: January 29, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 536127

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: GREGORY A SIORIS - 1295

RICHARD FEINER AND CO. INC.

Plaintiff(s)

- against -

THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM

Defendant(s)

Index #: 07 CV 11218

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 17, 2008 at 04:00 PM at

32 EAST 31ST STREET, SUITE # 5A
NEW YORK, NY10016

deponent served the within true copy of the SUMMONS & COMPLAINT & JUDGE'S RULES on PHOTOFEST, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. HOWARD MANDELBAUM personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & JUDGE'S RULES as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GREY/BLACK | 48 | 5'6 | 150 |

Sworn to me on: January 18, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 536128

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: GREGORY A SIORIS - 1295

---

RICHARD FEINER AND CO. INC.

Plaintiff(s)

- against -

THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM

Defendant(s)

Index #: 07 CV 11218

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 17, 2008 at 04:00 PM at

32 EAST 31ST STREET, SUITE # 5A
NEW YORK, NY 10016

deponent served the within true copy of the SUMMONS & COMPLAINT & JUDGE'S RULES on HOWARD MANDELBAUM, the defendant/respondent therein named.

**INDIVIDUAL**  by delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GREY/BLACK | 48 | 5'6 | 150 |

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the defendant/respondent in this action.

Sworn to me on: January 18, 2008

| Linda Forman | Robin M. Forman | Larry Yee | BYRAN E. MCELDERRY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 536129 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

RICHARD FEINER AND CO., INC.,

        Plaintiff,

V.

THE NEW YORK TIMES COMPANY,
PHOTOFEST, INC. and
HOWARD MANDELBAUM,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11218**

TO: (Name and address of Defendant)

The New York Times Company
620 Eighth Avenue
New York, NY 10018

Photofest, Inc. and
Howard Mandelbaum
32 East 31st Street, 5th Floor
New York, NY 10016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Sioris
350 Fifth Avenue, Suite 7606
New York, NY 10118-7606
(212) 840-2644

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DEC 13 2007

CLERK

(By) DEPUTY CLERK

DATE

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: GREGORY A SIORIS - 1295

RICHARD FEINER AND CO. INC.

                                           Plaintiff(s)

- against -

THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM

                                           Defendant(s)

Index #: 07 CV 11218

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 28, 2008 at 03:00 PM at:

620 EIGHTH AVENUE
NEW YORK, NY10018

deponent served the within true copy of the SUMMONS & COMPLAINT & JUDGE'S RULES on THE NEW YORK TIMES COMPANY, the defendant/respondent therein named.

**CORPORATION** by delivering thereat a true copy of each to MS. ELLEN HERTZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & JUDGE'S RULES as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 48 | 5'4 | 145 |

Sworn to me on: January 29, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 536127

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: GREGORY A SIORIS - 1295

| | |
|---|---|
| RICHARD FEINER AND CO. INC. | Index #: 07 CV 11218 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 17, 2008 at 04:00 PM at

32 EAST 31ST STREET, SUITE # 5A
NEW YORK, NY10016

deponent served the within true copy of the SUMMONS & COMPLAINT & JUDGE'S RULES on PHOTOFEST, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. HOWARD MANDELBAUM personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & JUDGE'S RULES as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GREY/BLACK | 48 | 5'6 | 150 |

Sworn to me on: January 18, 2008

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **BYRAN E. MCELDERRY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 536128 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: GREGORY A SIORIS - 1295

RICHARD FEINER AND CO. INC.

Plaintiff(s)

- against -

THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM

Defendant(s)

Index #: 07 CV 11218

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 17, 2008 at 04:00 PM at

32 EAST 31ST STREET, SUITE # 5A
NEW YORK, NY 10016

deponent served the within true copy of the SUMMONS & COMPLAINT & JUDGE'S RULES on HOWARD MANDELBAUM, the defendant/respondent therein named.

**INDIVIDUAL** by delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GREY/BLACK | 48 | 5'6 | 150 |

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the defendant/respondent in this action.

Sworn to me on: January 18, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 536129