USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

**DeBaets, Abrahams & Sheppard LLP**

Attorneys at Law

Philip M. Cowan (1943-2001)
Howard Abrahams (1945-1996)

Frederick P. Bimbler
Tony M. J. Butterfield
Al J. Daniel, Jr.*
Timothy J. DeBaets
Robert I. Freedman
Ellis B. Levine
Mitchell E. Radin
Robert L. Seigel
J. Stephen Sheppard
Ralph J. Sutton*
Kenneth N. Swezey
David Bruce Wolf
Nancy E. Wolff

Zehra J. Abdi
Lisa K. Digernes
Matthew A. Kaplan◊
M. Kilburg Reedy
Mason A. Weisz

Of Counsel:
Anne C. Baker
Judith A. Bresler
Jerrold B. Gold
Albert Gottesman
Roger E. Kass
Michael D. Remer
Robert F. Van Lierop

Correspondent Firm:
Donaldson & Hart
9220 Sunset Blvd. Ste. 224
Los Angeles, CA 90069
(310) 273-8394

*Also Admitted in CA & DC
◊Also Admitted in NJ
*Also Admitted in AR & DC

February 5, 2008

**MEMO ENDORSED**

RECEIVED
FEB 06 2008
CHAMBERS OF
RICHARD M. BERMAN
USDJ

VIA HAND DELIVERY
Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re: Richard Feiner and Co., Inc. v The New York Times Company, Photofest, Inc. and Howard Mandelbaum
Case No. 07cv11218

> [handwritten endorsement:] to proceed as scheduled on 2/11/08.
>
> SO ORDERED:
> Date: 2/6/08
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

We are counsel to Photofest, Inc. and Howard Mandelbaum, two of the defendants in the above-captioned action. We have just recently received a copy of the Complaint, an Answer for which is due tomorrow. Although the New York Times has also been named as a defendant, we understand they have not yet been served.

We have attempted to contact plaintiff's counsel to request an extension of time to Answer and to obtain consent to adjourn the currently February 11, 2008 initial conference before Your Honor, but were told by his office that he was out of the country until February 10. We requested his international number so we could arrange a phone conference, but have not been successful in contacting him via telephone. Nor has he responded to our e-mails. Given the above, we respectfully request an adjournment of the initial conference currently scheduled for February 11, 2008 at 9:15 am to a date in early March, as well as a 30 day extension of time within which to file an Answer.

Please advise if the foregoing will be granted.

Respectfully,

Nancy E. Wolff

41 Madison Avenue - 34th Floor, New York, New York 10010
Tel: (212) 974-7474    Fax: (212) 974-8474    Web: www.cdas.com    E-Mail: cdas@cdas.com