## COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
### ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.†
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN◊
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1946-2001)
HOWARD ABRAHAMS (1925-1996)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

RECEIVED FEB 6 2008
CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

**MEMO ENDORSED**

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
◊ALSO ADMITTED IN NJ
†ALSO ADMITTED IN AR & DC

February 6, 2008

VIA HAND DELIVERY
Honorable Richard S. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re:   Richard Feiner and Co., Inc. v The New York Times Company, Photofest, Inc. and Howard Mandelbaum
      Case No. 07cv11218

> Extension Granted on consent. Conference adjourned to 3/10/08 @ 9:15 A.M.
>
> SO ORDERED:
> Date: 2/7/08
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

We are counsel to Photofest, Inc. and Howard Mandelbaum, two of the defendants in the above-captioned action. We received an e-mail from plaintiff's counsel this morning consenting to a 30 day extension of time to file an Answer. In addition, plaintiff's counsel requested an adjournment of the conference currently scheduled for February 11, 2008. We have attached the e-mail from Gregory Sioris, Esq., counsel for plaintiff, to this correspondence. We, in turn, consent to his adjournment request.

Please advise if the foregoing will be granted.

Respectfully,

Nancy E. Wolff

**Zehra Abdi**

| | |
|---|---|
| **From:** | Gregory A. Sioris [gasioris@prodigy.net] |
| **Sent:** | Wednesday, February 06, 2008 9:18 AM |
| **To:** | Zehra Abdi |
| **Subject:** | Re: Feiner & Co., Inc. v The New York Times et al. |

Dear Zehra:

I have no objection. Perhaps you can contact the judge and request a similar adjournment for the conference on 2/15, since I'd like to have your answer prior to the conference. Also, please contact the NY Times for its consent. In the meantime, please send me a notice of appearance.

Please note that I am in Berlin and if you need to reach me, email is the easiest way to contact me since I am busy throughout the day and with the time difference it may be too late to contact me later in the day.

Very truly yours,
G.A. Sioris


----- Original Message -----
**From:** Zehra Abdi
**To:** gasioris@prodigy.net
**Cc:** 'Nancy Wolff'
**Sent:** Monday, February 04, 2008 6:30 PM
**Subject:** Feiner & Co., Inc. v The New York Times et al.

Dear Mr. Sioris:

We represent Howard Mandelbaum and Photofest, Inc. in the above captioned matter. As we have just recently received a copy of the complaint, we would like to request an additional month to file our answer. Please advise if this is acceptable and we will prepare the appropriate stipulation.

Thank you.

Regards,
Zehra


Zehra Abdi
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor | New York, NY 10010
T: +1 212.974.7474 | F: +1 212.974.8474
zabdi@cdas.com | www.cdas.com

*** This e-mail and any files transmitted with it are confidential. Its contents are intended solely for the recipient(s) indicated and may also be privileged. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail from your system and notify Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail at cdas@cdas.com. ***