UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD FEINER AND CO., )
)
          Plaintiff, ) Case No. 07 Civ. 11218 (RMB)
)
v. )
) NOTICE OF APPEARANCE
THE NEW YORK TIMES COMPANY, )
PHOTOFEST, INC. AND HOWARD )
MANDELBAUM, )
)
          Defendants. )

**PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for defendants Photofest, Inc. and Howard Mandelbaum, and demands that copies of all papers in this action be served upon the undersigned, to the attention of Zehra J. Abdi, Esq., at the office and address stated below.

Dated: New York, New York
       March 6, 2008

                          COWAN, DEBAETS, ABRAHAMS &
                            SHEPPARD LLP

                          By: _____
                          Nancy E. Wolff
                          Zehra J. Abdi
                          41 Madison Avenue, 34th Floor
                          New York, New York 10010
                          Telephone: (212) 974-7474
                          Telecopier: (212) 974-8474

                          Attorneys for Defendants

{A061372.DOC/1}