UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD FEINER AND CO., <br><br> Plaintiff, <br><br> v. <br><br> THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM, <br><br> Defendants. | ) <br> ) <br> ) Case No. 07 Civ. 11218 (RMB) <br> ) <br> ) <br> ) NOTICE OF APPEARANCE <br> ) <br> ) <br> ) <br> ) <br> ) |

PLEASE TAKE NOTICE THAT the undersigned hereby enters an appearance as counsel for defendants Photofest, Inc. and Howard Mandelbaum, and demands that copies of all papers in this action be served upon the undersigned, to the attention of Nancy E. Wolff, Esq., at the office and address stated below.

Dated: New York, New York
       March 6, 2008

                                              COWAN, DEBAETS, ABRAHAMS &
                                              SHEPPARD LLP

                                              By: _____
                                                   Nancy E. Wolff
                                                   Zehra J. Abdi
                                                   41 Madison Avenue, 34th Floor
                                                   New York, New York 10010
                                                   Telephone: (212) 974-7474
                                                   Telecopier: (212) 974-8474

                                                   Attorneys for Defendants

{A061539.DOC/1}