UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
RICHARD FEINER AND CO., INC.

                                   **RULE 7.1 STATEMENT**

                Plaintiff,              Case No. 07cv11218
                                          Judge RMB
      against                              ECF Case

THE NEW YORK TIMES COMPANY,
PHOTOFEST, INC. AND HOWARD MANDELBAUM,

                Defendants.
-------------------------------------------------------------------------

      Pursuant to Rule of Federal Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Photofest, Inc. (a private non-governmental party) certifies that it has no parent corporation and that there is no publicly held corporation that holds 10% or more of its stock.

Dated: March 6, 2008

                                                           By:_____/s_____
                                                              Nancy E. Wolff
                                                               Zehra J. Abdi
                                                     Cowan, DeBaets, Abrahams, & Sheppard, LLP
                                                   41 Madison Avenue
                                                   New York, NY 10010
                                                   (212) 974-7474
                                                   Attorneys for Defendants Photofest, Inc. and Howard Mandelbaum