UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD FEINER AND CO., INC. | ) |
| | ) |
| Plaintiff, | ) Case No. 07 Civ. 11218 (RMB) |
| | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| THE NEW YORK TIMES COMPANY, | ) |
| PHOTOFEST, INC. AND HOWARD | ) |
| MANDELBAUM, | ) |
| | ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for defendants Photofest, Inc. and Howard Mandelbaum, and demands that copies of all papers in this action be served upon the undersigned, to the attention of Toby M. J. Butterfield, Esq., at the office and address stated below.

Dated: New York, New York
       March 6, 2008

                                                COWAN, DEBAETS, ABRAHAMS &
                                                SHEPPARD LLP

                                                By: _____
                                                    Toby M.J. Butterfield
                                                    Nancy E. Wolff
                                                    Zehra J. Abdi
                                                41 Madison Avenue, 34th Floor
                                                New York, New York 10010
                                                Telephone: (212) 974-7474
                                                Telecopier: (212) 974-8474

                                                Attorneys for Defendants