UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD FEINER AND CO., INC.<br><br>          Plaintiff,<br><br>    v.<br><br>THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM,<br><br>          Defendants. | ) <br> ) <br> ) Case No. 07 Civ. 11218 (RMB) <br> ) <br> ) <br> ) **NOTICE OF APPEARANCE** <br> ) <br> ) <br> ) <br> ) <br> ) |

      **PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for defendants Photofest, Inc. and Howard Mandelbaum, and demands that copies of all papers in this action be served upon the undersigned, to the attention of Toby M. J. Butterfield, Esq., at the office and address stated below.

Dated: New York, New York
      March 7, 2008

                                        COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

                                        By: _____
                                              Toby M.J. Butterfield
                                              Nancy E. Wolff
                                              Zehra J. Abdi
                                              41 Madison Avenue, 34th Floor
                                              New York, New York 10010
                                              Telephone: (212) 974-7474
                                              Telecopier: (212) 974-8474

                                              *Attorneys for Defendants*
                                                *Photofest, Inc. and Howard Mandelbaum*