USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD FEINER AND CO., INC.,

        Plaintiff,

v.

THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM,

        Defendants.

Civil Action No. 07-CV-11218(RMB)

**Case Management Plan**

    The following Case management Plan is adopted after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

i.    Joinder of additional parties by March 15, 2008

ii.   Amend the pleadings by June 1, 2008

iii.  All discovery to be expeditiously completed by October 1, 2008

iv.  Consent to proceed before Magistrate Judge NO

v.    Status of settlement discussions  10/20/08 @ 9:15 w/th Principals

**Sections vi through xi will be set at conference with the Court.**

vi.  Motions

vii.  Oral Argument

viii. Joint Pre-Trial Order to be submitted by

ix.  Final Pre-Trial Conference

x.    Trial

xi.  Other  Discovery issues referred to Mag. Judge

SO ORDERED: New York, NY
3/11/08

_____RMB_____
HONORABLE RICHARD M. BERMAN, USDJ