UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD FEINER AND CO., INC.,<br><br>         Plaintiff,<br><br>  v.<br><br>THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM,<br><br>         Defendants. | Civil Action No. 07-CV-11218 (RMB)<br><br>**RULE 7.1 DISCLOSURE STATEMENT**<br><br><br>**Filed by ECF** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the Defendant The New York Times Company hereby certifies that The New York Times Company, a publicly traded company, has no parent company and that no publicly traded corporation owns 10 percent or more of its stock.

Dated:  New York, New York
      March 21, 2008

         COWAN DeBAETS ABRAHAMS & SHEPPARD LLP


        By: _____/s/_____
          Nancy E. Wolff (NW-7805)
          Toby M.J. Butterfield (TB-8599)
          Zehra J. Abdi (ZA-7035)
      41 Madison Avenue
      New York, New York 10010
      (212) 974-7474
      (212) 974-8474

      *Attorneys for Defendants The New York Times Company, Photofest, Inc. and Howard Mandelbaum,*

{A061646.DOC/1}