```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD FEINER AND CO., INC.,

                Plaintiff,

        - against -

THE NEW YORK TIMES COMPANY, et al.,

                Defendants.

**ORDER**

07 Civ. 11218 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on April 17, 2008,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference on

**July 1, 2008, at 10:00 a.m.**

**SO ORDERED this 18th day of April 2008**
New York, New York

                                                  The Honorable Ronald L. Ellis
                                                  United States Magistrate Judge