```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x

RICHARD FEINER AND CO., INC.,         07 CV 11218 (RMB)

                    Plaintiff,        PLAINTIFF ATTORNEY'S
                                      DECLARATION IN OPPOSITION TO
        -against-                     THE DEFENDANTS' MOTION TO
                                      DISMISS THE PLAINTIFF'S
THE NEW YORK TIMES COMPANY,           COMPLAINT
PHOTOFEST, INC. and
HOWARD MANDELBAUM,

                    Defendants.
--------------------------------x
```

State of New York   )
                    ) s.ss:
County of New York  )

Gregory A. Sioris, an attorney duly admitted to practice before this Court declares as follows:

1.  I represent the plaintiff in this suit and maintain my office at 350 Fifth Avenue, Suite 7606, New York, NY 10118-7606.  I make this declaration on my personal knowledge of the facts.

2.  At the Court's pre-motion conference on April 16, 2008, at which I attended on behalf of the plaintiff, the Court admonished the defendants not to make a motion for summary judgment or it will be denied.  It appears that the defendants have gone beyond a motion to dismiss the plaintiff's complaint and moved for summary judgment, as explained in plaintiff's accompanying memorandum of law.

3.  Exhibit A contains a true copy of the cover page of the *House&Home* section of The New York Times, dated May 3, 2007, and a

1

portion of the article *Easy, Mr. Fix It*. The remaining portion of exhibit A is a true copy of the New York Times' Internet web site showing a digital publication of the same article *Easy, Mr. Fix It*.

4. Exhibit B is a true copy of a page from the Internet web site of defendants Photofest and Mandelbaum, as copied by me on August 6, 2007 which prominently displays a still image of Stan Laurel and Oliver Hardy.

5. Exhibit I is a true copy of an invoice to the New York Times from defendant Photofest, Inc. dated 5/7/2007 seeking payment of $400.00 for Photofest granting the New York Times the use of one of the images complained of in the plaintiff's complaint as derived from the Laurel & Hardy motion picture *Hog Wild*. This invoice was provided to me by the defendants in response to a discovery demand on May 23, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, NY on May 29, 2008.

```
                              s/Gregory A. Sioris (GS 1342)
                              Attorney for Plaintiff
                              350 Fifth Avenue, Suite 7606
                              New York, NY 10118-7606
                              (212)840-2644
                              gasioris@prodigy.net
```