GREGORY A. SIORIS
ATTORNEY AT LAW

PHONE (212) 840-2644
FAX (212) 921-0163

SUITE 7606
350 FIFTH AVENUE
NEW YORK, N.Y. 10118-7606

June 10, 2009

Via post

**MEMO ENDORSED**

The Honorable Richard M. Berman
United States District Court
500 Pearl Street
New York, NY 10007

Re:  **Richard Feiner and Co., Inc. v. The New York Times et. al.**
     **07 Civ. 11218(RMB)(RLE)**

Dear Judge Berman:

     The undersigned is counsel to plaintiff Richard Feiner and
Co., Inc. in the above referenced copyright infringement suit.

     Defendant filed a motion to dismiss the plaintiff's complaint
which plaintiff timely answered on May 28, 2008.  In defendants'
reply memorandum of law, dated June 9, 2008, new issues are being
raised for the first time, namely, that the claims based on
copyright are not "plausible", and that plaintiff lacks rights
under copyright to the subject images because Hal Roach Studios
did not own rights in the subject motion pictures from which these
pictures were derived or that plaintiff lacks an "assignment from
the photographers, let alone that it registered that assignment"
(reply memo at p. 5), despite the fact that the photographers were
employed by Hal Roach Studios rendering the rights in these
photographs as works for hire under the 1909 Copyright Act.
Defendants also refer to a quote from the plaintiff's book, *Laurel
& Hardy*, "The photographs used are mostly studio publicity
pictures, shot by a still photographer either just before or after
the actual shooting of the movie scene depicted" (reply memo at n.
3).  This quote is entirely outside of the pleadings, has no
connection to the subject images of this suit, nor admits that
these "studio publicity pictures" are protected under copyright.

     The plaintiff has not invoked the doctrine of collateral
estoppel against the defendants, as falsely claimed at p. 9 of
their memorandum.

GREGORY A. SIORIS

The Honorable Richard M. Berman
United States District Court
June 9, 2008
Page Two


    Plaintiff objects to new issues being presented in a reply,
and it kindly requests that the Court does not consider them,
*Sigmon v. Parker Chapin Flattau & Kimpl*, 901 F.Supp. 667, 677 n.5,
(S.D.N.Y. 1995) citing *United States v. Gigante*, 39 F.3d 42, 50
n.2 (2nd Cir. 1994) modified on other grounds, 94 F.3d 53 (2nd Cir.
1996) and *NLRB v. Star Color Plate Serv.*, 843 F.2d 1057, 1510 n.3
2nd Cir. 1988), all as cited in *Sabre v. First Dominion Capital,
LLC*, 2002 U.S. Lexis 22193 at *9 (S.D.N.Y. 2002).

    Alternatively, in the event that the Court wishes to consider
these new issues, the plaintiff requests leave to file a sur-reply
in order that they may be fully briefed.

    I thank Your Honor for considering this request.


Very truly yours,

Gregory A. Sioris

The Court has not yet
reviewed the briefs but Pl
may submit a short (5-7pp)
"sur-reply," by 6/23/08 @ noon.

SO ORDERED:
Date: 6/17/08

Richard M. Berman, U.S.D.J.

GAS: ms

Cc: Nancy E. Wolff, Esq. (via fax)