UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD FEINER AND CO., | ) |
| | ) |
| Plaintiff, | ) Case No. 07 Civ. 11218 (RMB) |
| | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM, | ) |
| | ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for defendants The New York Times Company, Photofest, Inc. and Howard Mandelbaum, and demands that copies of all papers in this action be served upon the undersigned, to the attention of John B. Bockwoldt, Esq., at the office and address stated below.

Dated: New York, New York
   June 25, 2008

                    COWAN, DEBAETS, ABRAHAMS &
                    SHEPPARD LLP

                    By: _____
                       Toby M.J. Butterfield
                       Nancy E. Wolff
                       Zehra J. Abdi
                       John B. Bockwoldt
                    41 Madison Avenue, 34th Floor
                    New York, New York 10010
                    Telephone: (212) 974-7474
                    Telecopier: (212) 974-8474

                    Attorneys for Defendants

{A062315.DOC/1}