```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD FEINER AND CO., INC.,

                Plaintiff,

- against -

THE NEW YORK TIMES COMPANY, et al.,

                Defendants.

ORDER

07 Civ. 11218 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on July 31, 2008,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference on September 16, 2008, at 10:00 a.m.

**SO ORDERED** this 31st day of July 2008
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge