**GREGORY A. SIORIS**
ATTORNEY AT LAW

RECEIVED
AUG 11 2008
PHONE (212) 840
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

SUITE 7606
350 FIFTH AVENUE
NEW YORK, N.Y. 10118-7606

August 10, 2008

Via post

## MEMO ENDORSED

The Honorable Richard M. Berman
United States District Court
500 Pearl Street
New York, NY 10007

Re:   **Richard Feiner and Co., Inc. v. The New York Times et. al.**
      **07 Civ. 11218(RMB)(RLE)**

Dear Judge Berman:

        The undersigned is counsel to plaintiff Richard Feiner and
Co., Inc. in the above referenced copyright infringement suit.

        I write to kindly request an adjournment of a conference
scheduled for September 8, 2008 at 11:30 a.m. as per your Honor's
Order entered on August 1, 2008.  The parties kindly request that
it be adjourned to September 16 at 11:30 a.m.  The reason behind
this request is that the undersigned will be abroad on September
8.  The attorneys for the defendants consent to this request and
no prior applications have been made.

        I thank Your Honor for considering this request.

Respectfully,

Gregory A. Sioris

GAS: ms

Cc: Zehra Abdi, Esq. (via fax)

MICROFILMED
AUG 1 2 2008 -12 00 PM

U.S. DISTRICT COURT
FILED
AUG 1 2 2008
S. D. OF N.Y.

Application granted. Conference
adjourned to 9/23/08 at 10:00 a.m.

SO ORDERED:
Date: 8/11/08
Richard M. Berman, U.S.D.J.