UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD FEINER AND CO., INC.

               Plaintiff,

vs.

THE NEW YORK TIMES COMPANY, PHOTOFEST, INC. AND HOWARD MANDELBAUM,

               Defendants.

Civil Action No. 07 cv 11218 (RMB)

## PROOF OF SERVICE

Deborah Mays, being duly sworn, deposes and states as follows:

1. The statements made herein are true of my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to this action; my business address is 41 Madison Avenue, 34th Floor, New York, New York 10010.

3. On August 26, 2008, I caused to be served **BY HAND DELIVERY** a copy of the attached:

   **DEFENDANTS' REQUESTS FOR ADMISSION;** and

   **DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS,**

   addressed as follows:

       Gregory A. Sioris, Esq.
       350 Fifth Avenue, Suite 7606
       New York, NY 10118

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 26th day of August, 2008.

                                              /s/ Deborah Mays
                                              DEBORAH MAYS

{A062528.DOC\1}